A

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.
SUPERIOR COURT
CIVIL ACTION
No. 2012-01824-C

_____Dylan Harrigan_____, Plaintiff(s)

v.

New England Dragway, Inc. and American Suzuki Motor Corporation, Defendant(s)

## SUMMONS

To the above named Defendant: New England Dragway, Inc.

You are hereby summoned and required to serve upon Marc. S. Alpert PC, plaintiff's attorney, whose address is 15 Court Square # 940, Boston MA 02108; an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at _____Lawrence_____ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, BARBARA J. ROUSE, Esquire, at Salem, the 26 day of December, in the year of our Lord two thousand 12

Thomas H. Driscoll
Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on _____, 20___, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (see Mass. R. Civ. P. (d) (1-5):

_____

_____

_____

Dated: _____, 20___.    _____

N.B. TO PROCESS SERVER:-
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

[Box: _____, 20___]

---

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.

SUPERIOR COURT
CIVIL ACTION
No. 2013-01224-C

Dylan Harrigan
(Plaintiff(s))

New England Dragway Inc.
American Suzuki Motor Corporation
(Defendant(s))

SUMMONS
(Mass. R. Civ. P. 4)

Commonwealth of Massachusetts

Essex, SS         Superior Court #

2012 - 1824

Dylan Harrigan, Plaintiff

V.

New England Dragway, Inc. and American Suzuki Motor Corporation, Defendants

Complaint—Jury Trial Demanded

1. Dylan Harrigan's year of birth is 1994. This lawsuit is about injuries Dylan Harrigan sustained on September 26, 1999, at the age of 15 years and plus months. The injuries were sustained at New England Dragway in Epping, New Hampshire while Dylan Harrigan was on and using a Suzuki RM-Z250 motorbike or motorcycle.

2. Dylan Harrigan's address is 50 Highland Street, South Hamilton, MA -10929.

3. New England Dragway,Inc. owns and operates New England Dragway, Inc. located at 200 Exeter Road, Epping NH 03042

4. American Suzuki Motor Corporation has a corporate headquarters in Brae, CA with an address of 3251 East Imperial Highway, Brea, CA 92821.

5. The injuries sustained by Dylan Harrigan were caused by New England Dragway's negligence. This negligence included but is not limited to:

a) allowing another rider to start before Dylan Harrigan had finished or was not in the line of the other rider who landed on Dylan Harrigan, and thus injured him

b) constructing and designing the event area in an unsafe manner,

c) other negligence

6. Another cause of Dylan Harrigan's injuries was that unknown to him, Dylan Harrigan was on an age inappropriate motor bike or motorcycle and American Suzuki Motor Corporation did not or failed to competently warn or otherwise prevent use of the motor bike or motorcycle by 15 year olds.

7. The incident involved Dylan Harrigan losing control during a jump, and another motor bike or motorcycle landing on him.

8. As a consequence, Dylan Harrigan incurred medical bills, pain and suffering and had numerous injuries, was confined for a period to a wheelchair, and had to undergo extensive rehabilitation:

9. Wherefore Dylan Harrigan demands that judgment enter against New England Dragway, Inc. in the amount to be awarded plus interest and costs.

Count II:

10. Paragraphs one to eight are herein incorporated by reference as if herewith written out in full.

11. Wherefore Dylan Harrigan demands that judgment enter against American Suzuki Motor Corpation in the amount to be awarded plus interest and costs.

Plaintiff by his attorney,

Marc S. Alpert, BBO# 016420

Marc S. Alpert, P.C.
15 Court Square, #940
Boston, MA 02108-2524
Tel: 617 227-2380
Fax: 866-393-2857
E-mail: trepla2380@juno.com

This is not a general appearance. Attorney expects to file a general appearance. Purpose here is to get something sent to Court by certified or registered mail by third anniversary.

| CIVIL ACTION COVER SHEET | TRIAL COURT OF MASSACHUSETTS SUPERIOR COURT DEPARTMENT COUNTY OF Essex | DOCKET NO |
|---|---|---|

**PLAINTIFF(S)**
Dylan Harrigan

**DEFENDANT(S)**
New England Dragway, Inc and American Suzuki Motor Corporation

**Plaintiff Atty** Marc S. Alpert
**Address** 15 Court Square, #940
**City** Boston  **State**  **Zip Code** 02108
**Tel** 617-227-2380  **BBO#** 016420

**Type Defendant's Attorney Name**
**Defendant Atty**
**Address**
**City**  **State**  **Zip Code**

**TYPE OF ACTION AND TRACK DESIGNATION** (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B05 | Products Liability | A | [X] Yes  [ ] No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
   1. Total hospital expenses                         $
   2. Total doctor expenses                           $
   3. Total chiropractic expenses                     $
   4. Total physical therapy expenses                 $
   5. Total other expenses (describe)                 $
                                          Subtotal    $
B. Documented lost wages and compensation to date     $
C. Documented property damages to date                $
D. Reasonably anticipated future medical expenses     $
E. Reasonably anticipated lost wages and compensation to date  $
F. Other documented items of damages (describe)       $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

See Additional sheet                          Total $

**CONTRACT CLAIMS**
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):

                                                 TOTAL $

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____  Date: 9/26/2012
A.O.S.C. 3-2007.

**Additional Sheet**

Exact amount of medical bills are unknown to attorney. Expecting package of medical bills, but do not have and wanted to send to Court on the third anniversary of incident. If required will supplement.

Most serious injury was spine separated or came off hip. This resulted in 5 ½ hour operation at Boston Medical Center. Dylan Harrigan was confined to wheel chair for three months. Dylan Harrigan was injured in September and did not return to school until the following March. Dylan Harrigan was home schooled by a teacher and a teacher's assistant and was able to get credit for year. Operation left in 8 screws and 2 metal plates. Two of screws later removed, Dylan Harrigan still has 6 screws and 2 metal plates in him. Dylan Harrigan had extensive rehabilitation at and/or through Spaulding Rehab.

Had other injuries, such as to knee(s) and soforth.

At time of incident Dylan Harrigan was 15 and had minimal lost earnings. Lifetime earning capacity has not been determined, but has not fully recovered and there are things can not do.