=

## QUALIFICATIONS
## EXPERIENCE, & EXPERTISE,
## OF PETER JAMES SULLIVAN

===============================================================

# EDUCATION:

☑ *High School:*
San Ramon, California / Humble, Texas, graduated 1979, automotive trades emphasis

☑ *Undergraduate studies:*
Bachelor of Science degree in Chemistry and Physics from (SW) Texas State University, 1984

☑ *Certifications/Credentials:*
ASE World Class Technician (one of approx. 1800 worldwide)
ASE Master Certified Auto Technician(1977-2015);
ASE Master Certified Paint & Body Technician (1987-2014);
ASE Master Certified Heavy Duty Truck Technician (1991-2014);
ASE Master Certified Machinist (1987);
ASE L1 Advanced Engine Performance Certified; 1991-2015;
ASE L2 Advanced Diesel Engine Performance Certified; 2005-2015;
4 Time NAPA / ASE Technician of the year finalist;
Associate Member Society of Automotive Engineers,
Charter Member, Service Technician's Society
Texas Air Care Certified Emissions Repair Technician,
Mobile Air Conditioning Society certified A/C technician,
Certified Harsco Hy-Rail Technician, April 2011
National Fire Protection Association Member #2928376
Licensed Private Investigator, State of Texas, #061236
Qualifies as PHD level (PL4) for government consulting contracts

☑ *Seminars/other training:*
Attended over 75 seminars ranging from automotive shop management and vehicle systems to software development, advanced labscope diagnostics courses, expert witness reporting, and traffic accident reconstruction.

# EXPERIENCE AND EXPERTISE:

☑ *1985 to Present:*
Co-founded Sullivan's Advanced Automotive Care with younger brother Dan. This AAA Approved repair facility has been awarded "Top AAA Shop" honors for its level of customer service. Since then, the shop

almost always finishes in the top 5 of the 60 AAR shops in Houston since the first "Top Shop" competition in 1994. Additionally, Pete has been deeply involved in the on-going development of AAA's Approved Auto Repair (AAR) program. Pete participated in a dozen or more AAR national conventions, AAR focus groups, and made numerous trips to Heathrow for AAR meetings over the years. Pete's 4 repair shops now employ 65 people and perform over 2,000 service invoices on domestic and foreign trucks, cars, motorcycles, and boats per month in Houston, San Antonio, Dallas, Fort Worth, Austin, and all areas in-between. Pete currently participates in the diagnosis and repair of 10-20 vehicles per week, usually the more challenging ones. In 1989, authored an advanced 300 page training manual for technicians. Training manual subject matter covered GM Computer Command Control, GM TBI, MPFI, Idle Quality Diagnosis, Mass Air Flow Diagnosis, Ford EEC IV engine controls, Honda Programmed Fuel Injection, Toyota Computer Controlled System, Nissan Electronic Computer Controlled System, Bosch K-Jetronic, K Lambda, and KE Jetronic, and Bosch L, & LH Jetronic. In 1992 and 1993, wrote 60 page labscope training manual generic to most all computerized engine management systems for technicians.

In 1995, authored a 300+ page book and wrote script for self-study video and workbook-based training program for the NAPA Institute of Automotive Technology entitled: "Using the Labscope to Master Driveability and Emissions Diagnosis". In 1995, authored book and wrote script for self-study video and workbook-based training program for Mac Tools entitled "ET2020 Version 2 Ignition, Driveability, and Emissions System Diagnosis". Pete's Advanced Lab Scope Diagnostics book is now sold by Motor Publications, Alldata, & Del Mar Publishers. Over 25,000 copies have been sold.

Concentrated research in vehicle failure modes, diagnostics, and repair verification over the last 4 years from compiling a database of waveform repair case histories from the auto repair shop. The repair case history database was compiled using digital storage oscilloscopes, software, and waveform analysis. Waveforms of malfunctioning circuits/sensors/devices were logged before repair with narratives and supporting diagnostic information for each waveform file. The faulty waveforms were then compared with known good reference waveforms from a previously compiled database. Waveform comparison and analysis dictated proper repair.* After repairs were made, the waveforms of repaired, properly operating circuits were logged to confirm proper repairs.

Pete co-wrote and copyrighted Windows based "Waveform Capture & Databasing" software named "WaveFile AutoPro", which is currently sold by Mac Tools & Del Mar Publishers & comes imbedded in the Alldata Repair Information system.

Obtained further knowledge and experience of the input/output hierarchy of the different engine management systems by reverse engineering the systems. Various input and/or output circuits were perturbed while waveform and IM240 emissions data was recorded. Common failure modes that were previously observed were replicated and results observed, recorded, and compiled in a database.

Pete also was a consultant on tool development to Actron/Kal-Equip, Vetronix, Tektronix, MAC Tools, and OTC/SPX. Pete performs or has performed beta testing for NAPA/GPC, OTX/SPX, MAC Tools, Tektronix, and Shell/Pennzoil.
In 2006 and 2008 Pete was on the product development team and the primary Beta test site for the new OTC Med/Heavy Duty Truck Scan Tool, which was released for sale in the spring of 2007.

*Waveform analysis consisted of determining what dimension(s) (amplitude, frequency, shape, pulse width, or pattern) of the vehicle signal were incorrect, which would in turn indicate root cause of failure and needed repair.

☑ *1990 to 1991:*
Consolidated and upgraded a Macintosh/IBM computer management system at the repair shop to a newer comprehensive IBM PC network system with several major software packages. Restructured management at the shop so less time would have to be devoted to managing and more time could be devoted to other projects.

☑ *1991 to 1993:*
Co-founded The Technician's Company, Inc. Oct. 1992. Developed a DOS based waveform database for the Tektronix 222 series labscopes that meets Federal EPA specifications.. Won 2 contracts with Federal EPA to train automotive technicians and engineers at the Motor Vehicle Emissions Testing Laboratory in Ann Arbor, Michigan on waveform analysis and diagnostic techniques.

☑ *Experience 1991 - 1994:*
Procured and performed on contract with U.S. E.P.A. from Nov. 1992 to present where Pete trained engineers at the U.S. E.P.A. Motor Vehicle Laboratory and was involved in several IM240 vehicle emissions diagnostic repair studies in Arizona, Ohio, and Indiana in conjunction with Automotive Testing Labs, Inc. and EPA. Made several trips to The EPA National Motor Vehicle Emissions Lab in Ann Arbor, Michigan. Activities included work with the EPA I/M Planning and Strategies Division and the Technical Support Branch on various I & M issues ranging from workshops to contract related activities. Obtained working knowledge of

the FTP (Federal Test Procedure) for new vehicles, of which IM240 Enhanced Inspection is a derivative. Obtained further IM240 lane installation and operation experience with Aspire, Inc. of Morrisville, PA, where Pete was involved in the implementation of a centralized-type inspection and repair program where over 400 IM240 failures were diagnosed and repaired. Testified in Wash. D.C. and participated in numerous workshops with Federal EPA in half dozen or more locations in the U. S.

☑   *Additional Background Information 1977 to 1985:*
Exxon Co. U. S. A., automotive technician at high volume facility, which was the highest producing Exxon Service Center in the nation. Pete became the advanced driveability diagnostic troubleshooter for problem vehicles from Houston area Exxon Car Care Centers and company operated stores, assisted in evaluation and procurement of training for Exxon technicians nationwide. Worked full time at Christmas and summer college breaks at Exxon. Worked part time at 3 independent repair facilities while attending college from 1980 to 1984.

☑   *Motorcycle Experience, qualifications, publications, and Racing Accomplishments Through July, 2010*
Over the last 33 years Pete has owned over 45 on and off-road motorcycles and has ridden, tested, or raced hundreds of motorcycles for non-judicial purposes winning state and regional racing championships along the way. Pete has held a professional racing license with the American Motorcyclist Association and AMA Pro Racing. In his thirty plus years in the industry Pete has inspected, diagnosed failures, serviced, and tested hundreds of motorcycles and motorcycle components. Pete has performed pre and post production testing for motorcycle manufacturers and has performed testing in controlled environments as well as under racing conditions. Pete has tested for Yamaha Motor Corp., American Honda, and Cagiva USA. Pete worked with many other test riders, professional racers, and racing teams on large and small test projects where he submitted reports and rendered opinions on a specific protocol or component or an entire component set or motorcycle. Pete has assisted corporate test engineers in reporting, compilations, developing test sequences, test courses, and motorcycle components. Redesigned or updated components, especially subsequent to a component failure, underwent much longer duration, more targeted, and much more rigorous testing than previous component designs. Some of Pete articles were published in Dirt Rider Magazine and Cycle News and distributed world-wide.

☑   *June 1992 to December 1995:*
Testified at numerous state and national I/M hearings concerning repair information and enhanced emissions testing and repair. Under contract

with EPA, Pete visited the Motor Vehicle Emissions Lab in Ann Arbor, MI to train the laboratory engineers and obtained an understanding of the FTP, SHED evaporative tests, and the high tech I/M tests such as the IM240 and the purge and pressure evaporative system tests. Performed contract duties for EPA "Order for Supplies or Services # 2A-0479-NTSA" which was for Labscope Diagnostic Training/Oxygen Sensor Testing at the Motor Vehicle Emissions Lab in Ann Arbor, MI from November 16th, through 19th 1992. Obtained experience operating a telephone technical service hotline for automotive technicians by providing technical support for the following year to some 40 or so automotive technicians who completed The Technician's Company labscope training course from June 1992 to November 1992. Repair data such as waveform files, technical service bulletins, and other data were transmitted and exchanged electronically by fax. Waveform files were frequently faxed back and forth for analysis and interpretation.

☑    *Feb. 1993 to Present:*

Pete is honored to be repeatedly chosen by ASE to help develop several of their Technician Certification Tests. Pete was honored to have participated in the initial creation and continuing development of the ASE "L1, ADVANCED ENGINE PERFORMANCE SPECIALIST" test at ASE workshops in Phoenix, Washington D.C., Florida, and Virginia. Pete was honored to be the only person to be invited to and participated in all of the 13 of the test development workshops. Pete is honored to have been invited to participate in the ASE L2 Truck Test Workshop on 2006 and 2008 in Seattle, WA and Herndon, VA. Pete has been hired to participate in several other ASE certification test development workshops such as A8, T6 and others.

☑    *1998 to Present:*

Pete has contracted with Baker Botts, LP law firm, and other law firms as an expert witness and accident reconstructionist in legal cases. He has successfully represented Ford Motor Company, Daimler-Chrysler Corp., and numerous individual plaintiffs. Pete's work includes authoring Inspection Protocols, Expert Witness Reports, providing deposition, and trial testimony. Pete has expert digital photographic and video capability. Pete has also directed and authored video-taped accident reconstructions at Ford Motor Company's Engineering Lab in Deerborn, MI.

☑    *January 1999 through Present:*

Pete was honored to be contracted by Pennzoil Corporation with direct report to their Chief Marketing Officer from 1996 through 1998. Pete authored the bi-monthly publication named "Pete The Mechanic", which contained various lube-related technical articles and graphics. It was distributed as a high quality insert in "Motor" Magazine, "Motor Age" magazine, "Oil and Lube News", and other publications. Circulation was

approximately 2 million copies per year.   Pete is contracted through his fleet service business by Shell Pennzoil to perform confidential pre and post-production product testing on their lube oils and other automotive chemicals.    Pete works directly with the product engineering and development team as well as the executive management at Shell/Pennzoil to help design protocols, submit reports, and perform short and long term product testing.

☑   *January 1995 to Present:*

Pete contracted with Progressive Diagnostics Co. as director of Product Development and Marketing and began work on WaveFile AutoPro software product, which is a repair information and Computer-Based training resource for hand held diagnostic tools.   Pete developed the product, packaged it, wrote script, shot, and directed 3 hours of video, and procured distribution agreements with Mac Tools, Inc. of Columbus, OH, and KAL-Equip/Actron Manufacturing Co. of Cleveland, OH, and NAPA Auto Parts/GPC of Atlanta, GA through 1998. The product was awarded a "Motor Top 20 Tool Award" by Motor Publications in 1996.  Pete also was a consultant on tool development to Vetronix, Tektronix, MAC Tools, and OTC/SPX.

In 2006 and 2008 Pete was on the product development team and the primary Beta test site for the new OTC Med/Heavy Duty Truck Scan Tool, which was released for sale in the spring of 2007.

## PUBLICATIONS

1. NAPA AUTO PARTS ASSOCIATION (NAPA), "Using The Digital Storage Oscilloscope to Master Driveability and Emissions Diagnosis", book and video, NAPA Part#: 6212, 1995, Author
2. NAPA AUTO PARTS ASSOCIATION (NAPA), "On-Board Diagnostics Generation II and Second Generation Scan Tools", book and video, 1997, Co-Author
3. KAL SCOPE, "Ignition, Driveability, & Emissions Systems Diagnosis Waveform Reference Manual", book and video, 1995, Author.
4. MAC TOOLS QUICK SCOPE, "Ignition, Driveability, & Emissions Systems Diagnosis Waveform Reference Manual", book and video, 1995, Author.
5. PETE THE MECHANIC, Pennzoil Corporation, Copyright 1996, 1997, 1998, Author. Technical industry publication insert regarding lube oils and chemicals.
6. Numerous automotive and truck trade publication articles from 1985 to present on various automotive and truck service and lubrication topics.
7. Numerous articles on motorcycle testing and racing published in Dirt Rider Magazine and Cycle News.
8. US Patent awarded in 1996 for "Feedback Control Systems and Oxygen Sensor Signal Analysis".

## HOURLY RATES FOR CONSULTING:

$250.00 per hour for inspections, reports, depositions, and trial appearances.
Travel time is billed at $100.00 per hour.
Hard expenses are billed at cost.

## TESTIMONY PROVIDED IN PRIOR CASES:

Garcia, v. United Parcel Service, Bexar County Court, San Antonio, TX (defense, deposition),

Saychana Buoy, Individually and as Representative of the Estate of Andrew Buoy, Deceased, and as Next Friend to Karina Buoy, Matthew Buoy and Ethan Savoeun Buoy, and Koeung Buoy, Individually, Plaintiff vs. Idealease of Houston, Limited, Texas Truck Centers of Houston, LTD, Texas Truck Centers of Houston d/b/a Idealease of Houston, Texas Truck Centers, Inc., Idealease Management, LLC, Houston Distributing Company, Inc., and Russell H. Nettles, Defendants, Cause No. 2006-81245, In the District Court of Harris County, TX, 189th Judicial District (plaintiff, deposition)

Murphrey v. Koons (plaintiff, mediation presentation),

Waldrop v. Ford Motor Company (defense, accident reconstruction),

Delprincipe v. PDS Enterprises, Inc., Harris County Court (defense),

Murray v. PDS Enterprises, Inc., Harris County Court (defense, deposition, and trial)

Bernabe Robles, III, Plaintiff vs. Harley-Davidson Motor Company Group, Inc., Rio Grande Valley Harley Davidson, Inc., and HB Performance Systems, Inc., Defendants, No. C-289-08-I, in the District Court of Hidalgo County, Texas, 398th Judicial District (plaintiff, deposition)

Manuel Tezanos, Individually, a/n/f of L.T, a minor and as Representative of the Estate of Janet Renae Teznanos, Deceased, and Kelsey Hatfield, Individually, Plaintiffs vs. Boss Hoss Cycles, Inc., a/k/a Boss Hoss Cycle, Inc., Defendants, Civil Action No. 3:08-cv-0284 in the United States District Court for the Southern District of Texas, Galveston Division, Jury Requested (plaintiff, deposition)

Hardy v Toyota Motor Corp., Tarrant County Court, (plaintiff)

Sarah Webb, individually and as Representative of the Estate of Matthew Webb and as Next Friend of the Child of Matthew Webb, Plaintiff vs. PACCAR Leasing Company and Taylor Oil Company, Defendants, Cause No. 2008-30141-211, in the District Court, Denton County, Texas, 393rd Judicial District (plaintiff)

Taylor v PACCAR, Tarrant County Court, (plaintiff)

Cynthia A. Jones by and through her legal guardian, Beverly A. Jones & Charles Jones, Plaintiffs vs. Mac Trailer Manufacturing, Navistar International Corporation, a/k/a International Truck & Engine Corporation, Bendix Commercial Vehicle Systems, LLC and Byers International Trucks, Inc., Defendants, #05-L-741 in the Circuit Court, Third Judicial Circuit, Madison County, State of Illinois, (plaintiff, deposition)

Jones v Harley Davidson Harris County Court, (plaintiff)

Tran Huynh, Individually and as Heir to the Estate of Hoang Tran Huynh, Jennifer Huynh, Individually and as Heir to the Estate of Hoang Tran Huynh, Jimmy Huynh, Individually and as Heir to the Estate of Hoang Tran Huynh, Julie Huynh, Individually and as Heir to the Estate of Hoang Tran Huynh, Plaintiffs vs. Kuldip S. Pahal, Kuldip S. Pahal d/b/a Big Jhanny Trucking Company, and Big Jhanny Trucking Company, Defendants, Civil Action No. 2:10-cv-00044-J, in the United States District Court for the Northern District of Texas, Amarillo Division, (plaintiff, deposition, and trial)

Roberta Hardin, as Next Firend for Andrea Michelle Bragg and Flora Causey, as Next Friend for Nevaeh Kay Staples, a minor, vs. Berry Companies, Inc. and Larry W. Brown vs. Stacey Florence Roberts, No. 59.528-A, in the County Court at Law No. 2, Smith County, Texas (plaintiff, deposition)

Chassey and Mark Bates, Individually, and as Representatives of the Estate of Chae Bates, Deceased, and as Next Friend to the Bryson Bates and Bret Bates, Minors, and Joann Rogers and Derwin Rogers, Plaintiffs vs. Chrysler Group LLC, Defendant, Cause No. C201000633, In the District Court, Johnson County, Texas, 416th Judicial District

Snelson Enterprises v Cummins, PACCAR Leasing Corp., Harris County Court, (plaintiff)

Pearson v Cummins (plaintiff)

Sandra Rice, Individually and as Representative of the Estate of Michael John Rice, Deceased, and Sarah Rice, Plaintiffs vs. Cummins, Inc., and Navistar, Inc., Defendants, Civil Action No. 12-cv-2024-JTM/DJW in the United States District Court for Kansas City, Kansas (plaintiff)

Kubala v Xytex (defense)

Alfonso Jasso Aradillas and Carmen Angelica Garcia Garibay, Individually and as Representative of the Estate of Dania Melissa Jasso, Plaintiffs, vs. General Motors, LLC, a Limited Liability Company; and Jax Transport, LLC, a Limited Liability Company, Defendants, Cause No. 2011-CV-T1001563D4, in the District Court of Webb County, Texas, 406th Judicial District (plaintiff)

Shanley v Ryder Truck Leasing (defense)

Shana Tolbert Falcon, Individually, as Personal Representative of the Estate of Joe Edward Falcon, et al, Plaintiff vs. K-3 Resources, LP a/k/a and d/b/a K-3 BMI, a/k/a and d/b/a K-3 Services, Management by KE-, L.P., Services by K3, LLC et al, Defendant, Cause No. 65733 (plaintiff)

Gary Scott Harris and Stephanie Harris, Individually and as next Friends of Emily Harris and Christopher Harris, minors Sandra Harris and Gary Harris, Plaintiffs vs. Tutle & Tutle Trucking, Inc., Michael Lovvorn, and Michael Lafountain, Defendants, Cause No. C201100510, In the District Court of Johnson County, Texas, 18th Judicial District (plaintiff)

Valdez v MNS Trucking/Molina (plaintiff)

Bulkley Trucking v Cummins (plaintiff)

Cindy Debartolo, Individually and as Heir to the Estate of John Debartolo, Plaintiffs and Angela DeBartolo and Kathryn Gallagher, Plaintiff-Intervenors vs. Harley-Davidson Motor Company, Inc. and LHD Partners, LP D/B/A Longhorn Harley-Davidson, Defendants, No. 096-244129-10, in the District Court, Tarrant County, Texas, 96th Judicial District (plaintiff)

Cynthia Hargrave Viator, Personal Representative of the Estate of Harvey Hargrave, Deceased; John Lawrence Hargrave, Individually; Patrick Joseph Hargrave, Individually; and Cynthia Hargrave Viator, Individually, Plaintiffs, vs. Alton LeBlanc & Sons, LLC, Deere & Company, Zetor (Czech Republic), HTC Holding A.S. (Slovakia), Fragokov (Slovakia), and Zetor North America, Inc., Defendants, Cause No. 2011-02-27947-CV, in the District Court, 38th Judicial District, Uvalde County, Texas (plaintiff)

Azucena Rios Hernandez, Individually and as Representative of the Estate of Rosa Hernandez, Deceased, and as Next Friend of Charles Knight, a minor and Giovanni Rios Hernandez, Individually, Plaintiffs, vs. Little Bros. Shell #2, LLC., American Eagle Wheel Corporation, Individually and d/b/a Eagle Alloys, Inc. Jane Does 1-10, John Does 1-10, and Doe Corporations 1-10, inclusive, Defendants, Case No. CT-001566-10 Division VIII, in the Circuit Court of Shelby County, Tennessee for the Thirtieth Judicial District at Memphis (plaintiff)

Robert Lavender and Wife, Barbara Lavender, Plaintiffs vs. Trailer Depot, Inc., Deer Park Equipment Rental, Inc., Lee Tools a/k/a United General Supply Co., Inc., Defendants, Cause No. 2010-72091, in the 164th Judicial District Court, Harris County, Texas (defense)

Christopher Hartwell, Plaintiff vs. Houston Motorsports, Inc., Tejas Motorsports, et al, Defendants No. 2009-74879, in the District Court of Harris County, Texas, 295th Judicial District. Hartwell v Tejas Motorsports (defense)

Keith David Carden, Individually and as Personal Representative of Sofia G. Carden, Deceased and Veronica Reyes, Plaintiffs vs. Kawasaki Motors Corp., USA Kawasaki Motors Manufacturing Crop., USA, Kawasaki Heavy Industries, Ltd, Kawasaki Highlands Tractor Motorsports, Inc. d/b/a Highlands Tractor & Kawasaki and Highland Tractor and Kawasaki, Defendants, Cause #2009-54800, in the District Court of Harris County, Texas, 113th Judicial District (plaintiff)

Daniel Campos, et al, Plaintiff, vs. Americanos, USA, LLC, Stuart & Stevenson, et al, Defendant, Cause No. 2010-03-1717-C, in the 197th Judicial District Court, Cameron County, Texas (defense)

Donald Silva Individually and as Representative of the Estate of Cherylee Anne Silva, Deceased, Dona M. Silva, and Quincy Lampkin, Plaintiffs vs. Jimmy Dean Lee and Polk Oil Company, Inc., Defendants, Cause No. C1127420, in the District Court of Nacogdoches County, Texas (defense)

Kathleen Spartz, Plaintiff vs. Bombardier Recreational Products, Inc., Wild West Honda, Teleflex Canada Limited Partnership, Teleflex Canada, Inc., and

Kongsberg, Inc., f/k/a Teleflex Megatech, Inc., Defendants, Cause No. 2010-78123 in the District Court of Harris County, Texas, 215th Judicial District (plaintiff)

James Gore and Reginna Gore, Each Individually, as heir at Law and as Representative of the Estate of Rebecca Gore, Deceased, Plaintiffs vs. Michelin North America, Inc. and Tipton Ford, Inc., Defendants, Cause No. C-1127638, in the District Court, Nacogdoches County, Texas, 145th Judicial District (defense)

Keegan Black and Robert Luna, Plaintiffs vs. Sand Dollar Autoplex, Defendant, Cause No. 10-CV-1862, in the District Court of Galveston County, Texas, 122nd Judicial District

Allaire v Hendricks International, Honda Motor Corp., Court of St. Croix, U.S. Virgin Islands, (defense)

Carlos Velica; Rosario Salas Velica, Plaintiffs vs. Joel's Tires, a business entity unknown; Velocity Wheels and Does 1 to 100, Defendants, Case No. 37-2010-00100572-CU-PL-CTL, Superior Court of the State of California, for the County of San Diego

Petty v Trans Power Electric, State Court, Minot, North Dakota (defense)

Rivelino Flores and Maria Flores Individually, and as next friends of River Flores, a Minor, Plaintiffs, Eualio Hernandez, Sr., and Constantina Ocampo, Individually and as Representatives of The Estate of Eualio Hernandez-Ocampo, Jr., Plaintiffs vs. Lisanti Food Service of Texas, Inc. and Southwest International Trucks, Inc., Defendants, Cause No. DC-11-02339, in the District Court of Dallas County, Texas, 68th Judicial District (defense)

BFD Logistics v Southwest International (defense)

Jaime Guzman and Derrick Lambert, Plaintiffs vs. Melvin Jones, Jr. and Celadon Trucking Services, Inc. Defendants, C.A. No. 5:10-cv-00121, in the United States District Court for the Southern District of Texas, Laredo Division (plaintiff)

Guy v Arizona Pipeline (plaintiff)

Michael King and Holly King, Plaintiff, vs. Chrysler Group LLC and Martin Chrysler, LLC, Defendant, Case No. Cv1205340 in the District Court of Liberty County, Texas, 75th Judicial District (Defense)

Stevenson v Canal Cartage/Escobar (defense)

Rebecca Yvette Colon as Personal Representative of the Estate of William Morales, Deceased, and on Behalf of All Wrongful Death Claimants, Plaintiff, vs.

Benton Express, Inc., Felix Rios and Wheel Alignment Tech, Co., Defendants, Case No. 10-38147-CA 40, Circuit Court of The 11th Judicial Circuit in and for Miami-Dade, Florida (plaintiff)

Jose Luis Aguilar, et al, Plaintiff vs. Heckmann Water Resources (CVR), Inc. et al, Defendant, No. 12-06-11697-DCVAJA, In the 365th Judicial Court of Dimmit County, Texas (plaintiff)

Prestige Administration, Inc. Plaintiff, vs. Missouri Attorney General, Chris Koster, Defendant, Case No. 12AC-CC00378, Division 1, Circuit Court of Cole County State of Missouri, (Defense)

Fred Donald Krusemark, Jr., Katherine A. Slister, Robert J. Krusemark, Steven, J. Krusemark, Alan Krusemark, and Carol M. Young, Individually and as Wrongful Death Beneficiaries of Fred Donald Krusemark, Deceased, and Steven J. Krusemark, as Executor and Representative of the Estate of Fred Donald Krusemark, Deceased, Plaintiffs, Andre Vandenberg and Belinda Vandenberg, Intervenors, vs. Skills, L.L.C. d/b/a Texas Driving Experience and Young Chevrolet, Inc., Defendants, Case No. CC-10-07920-D, In the County Court, At Law No. 4 of Dallas County, Texas  (plaintiff)

Gina Salas and Alan Amezquita, Plaintiff, vs. Kawasaki Motors Corp. U.S.A., Keith Crow D/B/A Texas City Cycle, Mainland Cycle Center, LLC, and Goe Kawasaki, Inc., Defendants, Cause No. 58833, in the Civil District Court, 412th Judicial District, Brazoria County, Texas (defendant)

Marcus Bennett, individually; Tyrome Gipson, individually, and William Henderson, individually, Plaintiffs vs. Anthony Gatewood, individually Veolia Transportation Services, Inc., dba RTC of Southern Nevada; Roe Corporations I through X; and Does XI through XX, inclusive, Defendants, Case No. A-11-646345-C, District Court, Clark County, Nevada (plaintiff)

Matthew Thomas, Plaintiff, vs. Cesar Maldonado; ETI Trucking; Pedro E. Echegoyan; and Pedro E. Echegoyen D/B/A ETI Trucking, Defendants, Cause No. 2012-36775, in the District Court, Harris County, Texas, 215th Judicial District. (plaintiff)

Amanda Thigpen as Next Friend of Sidney James Woodall III & Austin James Woodall, Minors vs. Tommy Renfro D/B/A Renfro Glass & Service Center, and Kevin Dillon D/B/A Reliable Wastewater Management, No. C1228371, In the District Court of Nacogdoches County, Texas, 145th Judicial District (plaintiff)

Maria Concepcion Lara De Ceja, Individually and as next Friend of Deyanira Ceja, Minor, and as representative of the Estate of Manuel Ceja, Deceased, Jose Ceja, Maria Ceja, Alberta Ceja, Crispin Adrain Ceja and Soledad Farias Sanchez vs. Dorsett Brothers Concrete Supply, Inc., Navistar, Inc., Continental

Mfg. Company, Inc., Allison Transmission, Inc. and Cummins, Inc., Cause No. 2011-25257, In the District Court of 333rd Judicial District, Harris County, Texas (defendant)

Jade Solis, a single woman; Rachel Corella individually and on behalf of her minor children JS and MS; Geroldo Quirez, a single man; Justo Solis, a single man, Plaintiffs vs. Bridgestone Corporation, a Japanese Corporation; Bridgestone Americas, Inc., a Nevada Corporation; Bridgestone Americas Tire Operations, LLC, a Delaware Limited Liability Company; Wal-mart Stores, Inc., a Delaware, Defendants, Case No. 4:10-CV-484-TUC-DCB, United States District Court, District of Arizona (plaintiff)

Mark Quinichett and Tracy Quinichett-Whitehead, Administrator and Personal Representative of Channing Quinichett, Deceased, Plaintiffs vs. Waggy's Towing, LLC; Roger Neil Smith; Roy D. Owens, Jr.; Jorge Sanchez; and Frank Colon, Defendants, Case No. CL-1000-1020-00, In the Circuit Court of Prince William County, Virginia (plaintiff)

Russell Stone, Plaintiff, vs. Chrysler Group, LLC and Randall Noe Enterprises D/B/A Randall Noe Auto Group and Texas Farm Bureau D/B/A Farm Bureau County Mutual Insurance Company of Texas, Defendants, Cause No. 81968CC2, in the County Court at Law #2, Kaufman County, Texas (defendant)

Griselda Aleman, Next Friend of Jesse E. Gutierrez, Jr., a minor, and the Estate of Jessie E. Sanchez, Plaintiffs vs. Vanessa Serrano, Joseph D. Pass, The Levy Company, LP, HL Holdings, LLC, Hunter Industries, Ltd and Huner Industries Management Company, LC, Defendants AND Vanessa Serrano and Billy Serrano, Individually and as next friends of Jacob Serrano and Candy Serrano, minors, and Vanessa Serrano, as Next Friend of Dominick E. Sanchea, a minor, Cross Plaintiffs vs. Joseph D. Pass and the Levy Company, LP, HL Holding, LLCV, Hunter Industries, Ltd and Hunter Industries Management Company, LC, Cross Defendants, Cause No. 2009-CVQ-001429D4, in the District Court, 406th Judicial District, Webb County, Texas (defense)

Pablo Villarreal vs. Richard Hamilton Priette, and Fowler Transportation, Ltd., Cause No. 10-0734, in the District Court of Harrison County, Texas, 71st Judicial District (plaintiff)